IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-00184-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | (3rd total request) |
| Gordon Leroy Hall, | |
| Defendant. | |

Upon motion of the defendant and no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Trial and Pretrial Deadlines (Doc. 51) for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). **As to all Defendants**,

**IT IS FURTHER ORDERED** continuing the trial from September 2, 2014, at 9:00 a.m. to **December 2, 2014, at 9:00 a.m.** and continuing the pretrial motion deadline until November 14, 2014.

1    **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and
2 served in this matter, that they remain in effect and are answerable at the new trial date and
3 the party who served the subpoena should advise the witnesses of the trial date.

4    The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from
5 September 3, 2014 to December 2, 2014.

6    DATED this 18th day of August, 2014.

_____
Neil V. Wake
United States District Judge