IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR-14-00184-02-PHX-NVW |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Brandon Alexander Adams, ) | |
| )  Defendant. ) | |

With a final pretrial conference scheduled for January 15, 2015, and a firm jury trial scheduled for January 20, 2015, the Court will need to conduct the Change of Plea Hearing before January 16, 2015,

IT IS THEREFORE ORDERED vacating the Change of Plea Hearing scheduled before Magistrate Judge Michelle H. Burns on January 16, 2015.

IT IS FURTHER ORDERED resetting the Change of Plea Hearing before the Honorable Neil V. Wake on January 13, 2015, at 2:00 p.m., in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003.

DATED this 8th day of January, 2015.

_____
Neil V. Wake
United States District Judge