THE HEATH LAW FIRM, PLLC
INNOVATIVE CRIMINAL DEFENSE

Mark Heath
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
State Bar No. 025529
(480) 999-5776 (fax)
mark@theheathlawfirm.com
(480) 442-0489

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Brandon Adams,<br>Defendant. | No. 2:14-cr-00184-NVW-2<br>**DEFENDANT'S REQUEST TO AMEND JUDGMENT AND COMMITMENT ORDER AND RECOMMEND PLACEMENT AT FCI SAFFORD**<br>(Assigned to Judge Neil Wake) |

Sentencing ran overtime yesterday and involved many issues. It slipped undersigned counsel's mind to request that this Court recommend that Brandon Adams be imprisoned at the FCI Stafford facility located at 1529 West Highway 366 Safford, Arizona 85546.

This facility is a low security federal correction institution. Low security is appropriate for Brandon. He is 41 years-old and has he has never been incarcerated before, did not commit a violent offense, and no propensity for violence. The facility serves the BOP Western Region. But more importantly, Also, it is close to his family, including his 2 year-old son, and provides them greater access so given their limited financial means.

Although a recommendation does not guarantee placement, it is a factor that BOP considers. Brandon requests this recommendation because a low security yard is appropriate and his family has limited means to visit him.

Undersigned counsel contacted AUSA Lisa Jennis and she takes no position on facility designation.

RESPECTFULLY submitted: June 16, 2015

THE HEATH LAW FIRM, PLLC

By /s/Mark Heath
Mark A. Heath
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on: June 16, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants:

LISA JENNIS
U.S. Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
(602) 514-7500
Attorneys for Plaintiff

/s/Mark Heath