IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR-14-00184-02-PHX-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Brandon Alexander Adams, ) | |
| Defendant. ) | |

This Court's practice is not to recommend specific facilities for incarceration. Rather, the Court relies on the Bureau of Prison's greater knowledge of the range and availability of facilities. The Bureau always considers proximity of the prisoner's home or family.

IT IS THEREFORE ORDERED that Defendant's Request to Amend Judgment and Commitment Order and Recommend Placement at FCI Safford (Doc. 153) is denied.

DATED this 17th day of June, 2015.

_____
Neil V. Wake
United States District Judge