# UNITED STATES DISTRICT COURT

for the

## District of Arizona

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  **Office of Legal Affairs, Passport Services**
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle #1227
Sterling, VA 20166-1227

**FROM:**  United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

### Disposition Notice

**Date:**   August 17, 2015

**By:**   JTH

---

Defendant:   Brandon Alexander Adams          Case Number:   0970 2:14CR00184

Date of Birth:                              Place of Birth:   Huntington Beach, CA

SSN:

---

### Notice of Court Order (Order Date: February 7, 2014)

☒   The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒   The above-named defendant surrendered Passport number 440092208 to the custody of the U.S. Pretrial Services on April 23, 2014.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☒   The above order of the court is no longer in effect.

☐   Defendant not convicted – Document returned to defendant.

☐   Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒   Defendant convicted – Document and copy of judgment enclosed.  Self-surrendered on 8/17/15.

### Distribution:

Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court