PROB 22 (Rev. 10/13)

| | DOCKET NUMBER *(Transferring Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | CR-14-00184-002-PHX-NVW |
| | DOCKET NUMBER *(Receiving.Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | District of Arizona | 2: Phoenix |
| Brandon Alexander Adams | NAME OF SENTENCING JUDGE | |
| | Honorable Neil V. Wake  Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  7/12/2018 | TO  7/11/2021 |

OFFENSE

18 U.S.C. §514(a)(2) and 2: Using Fictitious Instrument, Aid and Abet

---

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Brandon Alexander Adams, be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-15-18
Date

~~Honorable Neil V. Wake~~
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF COLORADO**

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge