PROB 22 (Rev. 10/13)

# TRANSFER OF JURISDICTION

FILED ___ LODGED
RECEIVED ___ COPY

AUG 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| DOCKET NUMBER *(Transferring Court)* |
|---|
| CR-14-00184-002-PHX-NVW |

| DOCKET NUMBER *(Receiving Court)* |
|---|
| 18-cr-398-WJM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brandon Alexander Adams | District of Arizona | 2: Phoenix |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Neil V. Wake |
| Senior United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/12/2018 | TO 7/11/2021 |

**OFFENSE**

18 U.S.C. §514(a)(2) and 2: Using Fictitious Instrument, Aid and Abet

---

**PART 1- ORDER TRANFERRING JURISDICTION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Brandon Alexander Adams, be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-15-18
Date

_____
Honorable Neil V. Wake
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF COLORADO**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 22, 2018
Effective Date

_____
Marcia S. Krieger
United States District Judge